**IT IS SO ORDERED.**

**SIGNED THIS: December 23, 2013**

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:      Robert W Gilman Jr                                          Case No.    13-71601

Debtor(s)

### ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION

It appearing that a Motion for Rule 2004 Examination of Debtor, Robert W Gilman Jr, was filed; and,

It further appearing that Notice was given to interested parties giving fifteen days for filing any objections to said Motion for Rule 2004 Examination; and,

It further appearing that no objections to said Motion for Rule 2004 Examination were filed;

IT IS HEREBY ORDERED that the Motion for Rule 2004 Examination is GRANTED. The parties are ordered to agree on a time and place for the Rule 2004 examination to be held within 30 days of the entry of this Order.  If the parties are unable to agree on a time and place for the Rule 2004 examination, or if the examinee is unwilling to be examined, the Court will hold a hearing at which the Court will consider sanctioning any party for willful noncompliance with this Order.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###